UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-24054-RAR

**LETICIA JUAREZ COLINDREZ**, *et al.*,

    Plaintiffs,

v.

**MARKWAYNE MULLIN**, *et al.*,

    Defendants.

_____/

**<u>ORDER OF DISMISSAL</u>**

    **THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal, [ECF No. 4], filed on August 7, 2026.  The Court being fully advised, it is hereby

    **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*.  All pending deadlines are hereby **TERMINATED**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 7th day of August, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**